Mearl Shannon, a minor, by his guardian Arthur Shannon, appellee, v. William R. Nightingale and John P. Pallissard, appellants. Gen. No. 7,494.

Action for personal injuries sustained in collision of automobile with motor truck. Judgment for plaintiff. Appeal from the Cir-

cuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed July 27, 1925.

Pallissard & Benjamin, for appellants. Free P. Morris and Roscoe C. South, for appellee.

Mr. Justice Partlow delivered the opinion of the court.